EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2023 TSPR 1 |
| | |
| Roxanna Soto Aguilú | 211 DPR ___ |

Número del Caso: TS-15,968

Fecha: 11 de enero de 2023

Abogado de la parte peticionaria:

    Por derecho propio

Materia: Reinstalación al ejercicio de la notaría.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Roxanna Soto Aguilú

TS-15,968

RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de enero de 2023.

Evaluada la *Moción peticionando reinstalación al 31 de diciembre de 2022 al ejercicio de la notaría, tras sentencia emitida el 30 de diciembre de 2021*, se provee Ha Lugar la solicitud de reinstalación al ejercicio de la notaría, condicionado a la prestación de una fianza vigente.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo Interina.

María I. Colón Falcón
Secretaria del Tribunal Supremo Interina